Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

**RECEIVED**

JAN 1 2 2024

RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

for the

_____ District of _____

_____ Division

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Yaisha Hodges/TMRminor M
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Freddie Rufus
Southeast Inc.
Sun Behavioral Health Sujana V. Rayani etc.
Jane Doe / John Doe
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case No. 2:24 CV 0141
*(to be filled in by the Clerk's Office)*

JUDGE WATSON

MAGISTRATE JUDGE VASCURA

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.   The Parties to This Complaint

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
   needed.

   | | |
   |---|---|
   | Name | Yaisha Hodges |
   | Street Address | 48 W. Neff |
   | City and County | Columbus, Franklin |
   | State and Zip Code | Ohio 43207 |
   | Telephone Number | 380 867 7309 |
   | E-mail Address | |

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an
   individual, a government agency, an organization, or a corporation.  For an individual defendant,
   include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

Name — Freddie Rufus

Job or Title *(if known)* —

Street Address — 1384 Gorham Dr.

City and County — Columbus, Franklin

State and Zip Code — Ohio 43223

Telephone Number — —

E-mail Address *(if known)* — —

Defendant No. 2

Name — Southeast Inc

Job or Title *(if known)* — Mental Health

Street Address — 16 W. Long st

City and County — Columbus, O Franklin

State and Zip Code — Ohio 43215

Telephone Number — 614-225-0990

E-mail Address *(if known)* — —

Defendant No. 3

Name — Sun Behavioral Health- Rayeni, vSujana etc

Job or Title *(if known)* — Mental Health

Street Address — 900 E. Dublin Granville Rd

City and County — Columbus, Franklin

State and Zip Code — Ohio 43229

Telephone Number — 614 706-2786

E-mail Address *(if known)* —

Defendant No. 4

Name — Jane/ John Doe

Job or Title *(if known)* — Unknown

Street Address — Unknown

City and County — Unknown

State and Zip Code — Unknown

Telephone Number —

E-mail Address *(if known)* —

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C 12133 446

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur? — Continued Attached R

Bronx New York
Richmond VA
Wilkes-Barre PA
Columbus, OH
Sun Behaving 900 E. Dublin Granville Rd Columbus OH 43229
South east Inc. 16 W long st Columbus OH 43215

B.    What date and approximate time did the events giving rise to your claim(s) occur?

To the best of my Knowledge   ongoing
Defendant-Freddie Rufus — 6-2017 Still Continiuing
   "   " — Southeast — 6-2022 still continuing
   "   " — Sun Behavioral — 9-2023 still Contin'ing

on going for all defendants to the best of my Knowledge. Attached in Statement of Claim

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I and or my son suffered the following because of one or more defendants

Intentional Medical malpractice
Defamation / libel
Defamation / slander
Intentional infliction of Severe emotional distress
Cardiac Arrest
Use of my personal information to Commit Health insurance fraud

Underlying facts continued Attached.

Not Sure who all has involvement or who all witnessed
Defendants. Continued Attached

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured. plaintiff - plaintiff son will Suffer irreparable harm if defendant's is not restrained from: Defamation - slander / libel - causing intentional infliction of Severe emotional distress - invading privacy. interfering with Right to parent - Cyber stalking / Harassment, - unauthorized access to personal accounts -

irreparable mental distress / mental deterioration Continued Attached

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

* proof of life for my son
* Valid proof of Custody for my son
* defendants to Swear under oath those false allegations against me were not for fraudulent financial gain.
* Stop all abuse / violations against my son and myself
* Valid proof a mental illness I suffered from to cause removal of my son as Defendant Rufus has sworn to.
* Stop Cyber Stalking / harassment.
* intercepting wire communication
More Relief attached

Continued Attached

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          1-12-23

Signature of Plaintiff          *Y. Ho*
Printed Name of Plaintiff          *Yaisha Hodges*

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address



4:27 🕐 🔲       🕐 5G UC ▲ 📶 🔋81%

←   **Notepad Free**    SAVE   UNDO   REDO   ⋮

Table of Contents:

2pgs. Application to Proceed
1pg. Civil Cover Sheet
6pgs. Complaint and Request for Injunction
3pgs. Summons in a Civil Action
    Freddie Rufus
    Southeast
    Sun Behavior
2pgs. Request and Complaint for Injunction continued:
    *Underlying Facts
    *Irreparable Harm
    *Relief
4pgs. Continued Statement of Claim: Defendant rufus
7pgs. Continued Statement of Claim: Defendant
Southeast
    *Pg 3 on back of pg.2
    *Pg 7 on back of pg 6
1pgs. Continued Statement of Claim: Defendant Sun
Behavior
3pgs. Evidence of Health Insurance Fraud
8pgs. Unauthorized use of wire communication/What
Defendant rufus does with the illegal access she
obtained to my apartment: Removal of life saving
medication
    *A. Evidence Details pg 1 to 2
    *B. Wire Evidence pg 3 to pg 7
      *Note: Any City/State cellphones location
that is not in Columbus Ohio ,Will be Defendant rufus
hacked into my cellphone with remote access. My
cellphone is with me in Columbus Ohio, when it has out
of city/State locations: attached how she is able to do
this. ( I was told it can only be done when the person has
physical access to my cellphone.)
    *C. Removal of Medication Evidence pg 8
4pgs. (Other)Evidence list/Evidence details
1pg. Some of Defendant rufus other actions: to facilitate
fraud.

📝 Saved

◀     ●     ■

Request and complaint for injunction continued on attached sheet

Cont.Underlying Facts

Irreparable harm

Relief

Attached..UNDERLYING FACTS continued

Constitutional Civil, Human Rights violations

Right to life /liberty/personal security

To be free from torture violated

To be recognize as a person before the law violated

Interference with family home/privacy

Right to rest and leisure violated

Freedom from personal interference in the above rights


Attached IRREPARABLE HARM continue plaintiffs will suffer irreparable harm if defendant is not restrained from:

Continued list. Entering my apartment without authorization or consent committing previously listed actions that cause plaintiff to appear mentally unstable when defendants acts are reported

Conspiring with other to violate plaintiffs rights

Intercepting electronic communications cell phone email Fax etc.

Intercepting US Postal mail

Medical record tampering

All records of plaintiffs tampering

All illegal acts against plaintiff

All Stalking/Harassment

Because if plaintiff prevail on the underlying claims set forth in the complaint missed parenting /family time ,illegally taken liberty cannot be giving back, and actions will cause more mental deterioration from injuries defendants actions has already caused plaintiffs

Adverse to the public interest: it is the public interest to protect its disabled citizens, the relief sought by plaintiff will not be adverse to that interest, but it will promote the public interest by protecting disabled persons who has been taken advantage of and who has had their Constitutional, Civil and Human Rights obscenely violated.

There is Substantial likelihood  plaintiff will prevail on the merits : with valid verified documents against defendant documents which will all be produced through known fraud made up and or non-existence

Attached RELIEF continued

Right to parent

Right to privacy

Request and Complaint for Injunction Continued on attached sheet

Cont.Underlying Facts

Irreparable harm

Relief

From defamation slander/libel

Freedon from intentional infliction of severe mental distress

Illegal access into plaintiff living space

Stop all unauthorized access to all accounts

From all violations committed by defendants

Prosecutorial consideration

*Additional notes attached

1 of 4

Statement of Claim Continued/Additional notes

1.2017 defendant with a depraved mind begin terrorizing and tormenting my son and myself

2.defendant wanted me to appear mentally ill or deceased after rumors I had been left in my father will (a deceased United States Veteran) since 2017

3.In 2017 I had not had any contact with defendant since 2009

4.2/2023 defendant did commit insurance fraud using my name birth date and social security number

5.To stop Insurance fraud exposure is one of defendant motives for her actions against my son and myself

6.7/2017 Mental Health Evaluation initiated by defendant in Bronx New York showed I had no mental health issues nor was there any concerns about my mental health

7.7/2017 appx. 2 days after M.H.E results defendant declared me to be deceased in New York shelter records.

8.1/2018 Mental Health Evaluation initiated by defendant had same results as 7/2017 results

9.1/13/2022 Mental Health Evaluation initiated by defendant by reporting to Franklin County Ohio Municipal Courts Judge I had a mental illness. (defendant knowingly and willingly made this allegations to the courts fully aware it was a false allegation)after 1 month in Twin Valley I was diagnosed with anxiety

10.8/25/2023 I became concerned about my mental health(due to aggravated anxiety and intentional infliction of mental stress caused by defendant for 6yrs) And went to get a Mental Health Evaluation

11.9/07/2023 Discharge records listed I had 3 severe mental illnesses (which I had no symptoms of) that required medication that will alter/change your thought process. ~~████████████████████~~ )

12.9/11/2023 I begin questioning facility about the diagnosis on my discharge papers and requested my records

13.9/14/2023 My diaganosis in facility records had been completely changed and was completely different from discharge diagnosis and did not require the medication that would alter/change your thought process, facility told me to stop the medication

14.9/15/2023 By mail I was informed by Blue Cross/Shield I was receiving health insurance from them along with state Medicaid and that I had been approved since 2/2023, the conditions that made me eligible for CNDC insurance was the same conditions that was removed from my discharge papers (conditions that required medication to alter/change thought process) ,they informed me who ever applied for this insurance had been trying so since 1/2020 and it had been denied until 2/2023 the person first applied in New York, I explained to them I knew nothing about them or their services, that I did not have the qualifying conditions and that a family member had been trying to make me appear mentally ill since I had been left in my father will

15.9/2023 My medical records were not tampered with by the facility employees defendant is a hacker and this is not the first time my medical records were tampered with since 2017, ~~████████████~~

Continue Statement of Claim

Im referring to attached

# 3 Defendant Rufus came out of nowhere after almost 10 years with no contact directly or indirectly there has to be some sort of financial gain for defendant Rufus.

# 6 Defendant Rufus did try to kidnap my son by deception (appx.) 100 days before I last saw my son with her, she made the false mental illness allegations against me in Bronx New York Family Court (case # attached) this was direct cause my son was removed from my care .appx. 2 weeks later- after mental health evaluation results and other evidence B.N.Y.F.C dismissed defendant false allegations against and ordered my son returned that same day. Which he was Mental Health evaluation info attached

# 7 2 days after B.N.Y.F.C dismissed defendant Rufus false allegations against me defendant (I included proof of defendant hacking) made it appear in New York shelter records I was deceased, New York shelter system records are the first place searched when looking for someone in New York.( case # attached also attached is evidence defendant rufus tried to manipulate this evidence)

# 13 my discharge paper shows the made up diagnosis was intentionally kept from me. I only seen admittance document after I made a request for my records (which is something no one expected I would do) Defendant Sun changed my diagnosis to PTSD after removing the 3 made up diagnosis were removed from my records.

Attached After seeing defendant Rufus I asked for and was granted a protection order (case # attached) I saw defendant Rufus with my son shortly after that. Im also adding defendant Rufus Domestic Violence Charge because from 2013 when she was charged for the brutal attack against a 300 pd smaller family member until days after I saw her with my son appx. Nov 3rd 2017 Defendant tried to conceal this information to hide her true character .

When defendant Rufus begin coming into my apartment doing what is attached proof she was doing she had already committed the health insurance fraud and had reported to law enforcement ect. That I had been diagnosed with mental illness and was attempting to conceal she was knowingly and willingly making false allegations at this point she was attempting to make it appear several Drs. That had done previous mental health evaluations appear wrong.

Defendant Rufus in a attempt to commit fraudulent financial gain told several people that I never lived on my own even though court records will show I emanicapated at age 16 yrs. (several landlord info is available)

Defendant cannot explain why I have not seen my son in 6years legally, her sole excuse is the false mental illness allegations, there are no valid custody documents concerning my son.

Defendant also cannot explain why she committed health insurance fraud, therefore defendant is relentlessy trying to stop the exposure of very serious crimes.

Statement of Claim Continued/Additional notes

16.Defendant actions against me were planned to make me appear mentally unstable when I reported these actions.

EMERGENCY REASONS

*Evidence show defendant got access to my apartment from my property manager without my knowledge

*I believe defendant actions against me will become more aggressive against me as a witness/victim

Retaliation intimidation etc.

*Defendant actions against me to make me appear mentally unstable included defendant making physical contact with me as I slept

*Defendant involved my son in this because she could not say I was deceased or mentally ill while I was caring for my son

*The first time I woke up to my head shaved was the same month Blue Cross/Shield approved me for conditions I do not have (Blue Cross/Shield insurance may be survivor insurance im still trying to get all the information)

*Im exposing a serious crime

*Defendant stalked/tracked me to facility thru my cell phone there are statements in my record that defendant made to facility impersonating to be my daughter who I havent spoken with in almost a year

Defendant told facility I was a delusional liar this is facility from 9/2023

*when defendant hacked and tampered with these records she stated in them I needed 24 hour care and That I was suicidal both statements are untrue which facility can verify

*I suffered being sick with severe stomache pain after eating fresh but opened foods in my apartment

* Defendant actions against me are/were so extreme I was looked at like I was mentally unstable when I reported these actions

*Defendant has no respect for law enforcement her actions show she will commit any crime that benefits her and don't care about victim suffering

Statement of Claim continued

I suffered a Heart Attack 11/06/2023 which im contributing to the stress of all defendants.

On November 7th 2023 while I was recovering from my heart attack Defendant Rufus continued to harass me, Defendant Rufus who has hacked all my accounts was cancelling my subscriptions while I was still in hospital

November 12th 2023 After hardly no pain at my stent injection site (since surgery) I woke up in a lot of pain at injection site, not sure if this was something serious or not I decided to go to the emergency room , I begin calling 911 at appx. 4:30 am Defendant Rufus had blocked my cellphone fromkm calling 911 after numerous tries to reach 911 I had to leave my apartment and use other resources (Rufus was not aware of) to contact 911 Rufus has a history of blocking/intercepting emergency calls from my cellphone. I then woke up to extremely large bump at stent injection site. Almost everytime I wake up there is some type of new pain/ bruise to my stent injection site.

Statement of Claim Continued/Additional notes

*Allegedly this is not defendant Rufus first time using me and or my kids personal information for fraudulent financial gain, Defendant Rufus allegedly use my kids personal information to commit fraud against the United States through child tax credit, and was allegedly caught. *I have attached evidence that will allegedly prove defendant Rufus gained illegal and unauthorized access to my apartment from my property manager. *The crimes im alleging defendant committed include Federal Crimes Health Insurance Fraud etc.*Defendant Rufus sole /direct explanation of why my son and I have not seen or talk to each other illegally in (at this point) over 6 yrs. Is the made up/false mental illness allegations and will face kidnapping charges if this false allegation proves to not be true, this same false allegation is/ has and continue to stop a criminal investigation of what happened to my son, after the last time I saw him was with defendant Rufus driving away with my son in her vehicle. *Defendant allegation of court removal of my son? Rufus had previously tried to kidnap my son through deception involving the courts and her allegations were dismissed with prejudice Defendant Rufus would not have took the chance of trying to illegally obtain my son through the courts, her first premeditated attempt had been obvious to the courts* When defendant Rufus begin coming into my apartment she had already committed the crimes she was trying to stop the exposure of which to the best of my knowledge has mandatory jail time making defendant even more desperate in her actions, this is the sole reason Im have fear concerning my son and myself, As of 12/13/2023 Rufus continues to commit previously listed actions including wire interceptions/ privacy violations * I have included evidence to show my son suffered tremendously within a year from date I saw defendant Rufus taking him, * I have included details and evidence (includes tampered with missing child report) to show why I believe there was foul play in my son disappearance *To the best of my knowledge defendant is using illegal surveillance to know when she can enter property without my knowledge.* All defendants are hindering any efforts concerning my son and his safety

I begin working with Southeast inc. 6-2022 to help manage my diagnosis of anxiety. I was working with one Southeast employee and was abruptly changed to another worker by the name Sylvia. From the day I begin working with Sylvia she begin harassing me about giving Southeast Inc. rights to distribute my disability payments to me , repeatedly telling me I would reciecvce more assistance from Southeast Inc. if I did this (after me saying no everytime Sylvia weekly food drop offs changed to maybe once a month I actually had to ask for another worker because I would not agree to giving Southeast Inc. control of disability payments, there was no reason to I was and continue to manage funds fine) I realized Sylvia had been communicating with Defendabt Rufus when she told her supervisor the apartment I was in was my first ever rental, this is a false allegation defendant rufus has been using to facilitate her fraudulent financial gain. Which involves me appearing deceased or mentally ill unable to care for my self.Southeast Inc employee Sylvia (after speaking with defendant rufus) changed my Health Insurance wiyhout my permission or my knowledge Feb 1st 2023 I did not find out until 9 2023 when at the same time learning of the fraud. My insurance company made me aware defendant Rufus had been trying to get this exact same insurance since Jan 1 2020 and it had not been approve because I did not have the conditions to have it approved.Sylvia informed my insurance company that I did have these conditions knowingly and willingly knowing it was false, Sylvia also gave this false information to Sun Behavior fully aware I had not been diagnosed with these conditions (attached) and was not being treated for the conditions

*First text:I contacted Southeast employee after I received her time sheet (that was supposedly sent to me from my Health Insurance) to see why would it have come to me and about what was on it I have had Southeast help me manage my anxiety since 6/2022 and I had never gotten a worker timesheet, after I read her text responce to me it became very clear why the paper had been mailed to me and it Is more likely then not my Health Insurance company did not mail this to me. This employee was aware as well as other Southeast employees I have spoken to concerning my Health Insurance issue , that my issue was made up, fake, fraudulent diagnosis in my medical records and the fact my Health insurance had been told about the same made up diagnosis and had been changed 10 months before I became aware it had been changed without my knowledge or permission. Time sheet was sent to me to make it appear that my issue with Southeast concerning my Health Insurance was not serious as it was, (because of the hours and dates she charged for were hours/days that are questionable so it was clear to them I would mention timesheet when I received it) to make someone looking in from out believe im making non valid complaints paranoid delusional complaints (which would facilitate that Health Insurance fraud that had already been commited) I want to be clear there has never been a conversation between me Southeast nor my Health Insurance company about her pay or hours. This time sheet cme to me out of the blue , for reasons stated above. The only diagnosis she should be speaking on concerning me should my anxiety diagnosis because that is the only thing southeast treats me for. * NOTE Sun did inform me the fraudulent information in my medical records came from a unknown outside source and to the best of my knowledge anxiety doesn't make questionable hours appear weird* Attached i Time sheet from Health insurance company*

1 text 1Pg
2 text 6Pgs
3 text 1Pg

*Second Text from Southeast employee shows what I meant when I said earlier in my statement , my services with S.E changed after I refused previous employee attempt to make S.E my payee, Ive been my own payee for over 25 years with no issue, Defendant Rufus and Previous S.E employee had already reported to my Health Insurance company that I was mentally ill and unable to care for myself and me being my own payee didi not validate that false information that is why it became a issue to the point I was fully aware unless I agreed to this my service from them to me would be almost illegal (if its not already) you will see in this text this S.E employee tried to make it appear I did not sign this housing form when I had a chance to ..she is aware this form was not available until December and the one time she took me to my rental office was in September , if she charged for that after then it is false, but this is the typical service I get from S.E now.*

*Third Text: This Is employee reply almost everytime I ask this employee for anything at the end of the day it has to include a call to her supervisor or other higher ups. I would be able to get food when I call S.E if I facilitate the Insurance fraud*



12/22/23, 4:01 PM

Screenshot_20231222-094456.png



3rd text

See if

Can add

All text

to this

2 of 7

Go to

Back →

Page 4 of 6

ber is financially **purpose.**

) or home and ecified in the Ohio

Southeast First text



IMG_20231128_022150231_HDR.jpg

12/11/23, 2:33 PM



THIS IS **NOT** A BILL
Anthem Blue Cross and Blue Shield EOB

**PATIENT NAME:** Yaisha Hodges
**PATIENT #:** 733170650

| Details for Claims Processed in Q3 2023 | |
|---|---|
| **Look over the information about your claims – does it seem correct?**<br>• If you have questions or things look wrong, call us at **844-912-0938 (TTY 711).** | Remember, this report is NOT A BILL. |

| Claim Number<br>Provider Name | Dates of Service | Service Description | Charges | Paid Amount | Amount You Owe | Explanation Code(s) |
|---|---|---|---|---|---|---|
| 253483412800357<br>Saunders, Jennifer | 08/21/23 to 08/21/23 | Treatment Program | -44.91 | 0.00 | 0.00 | GDP |
| 255280991700785<br>Saunders, Jennifer | 09/15/23 to 09/15/23 | Treatment Program | -44.91 | 0.00 | 0.00 | Y3Z |
| 255281209700786<br>Saunders, Jennifer | 08/17/23 to 08/17/23 | Treatment Program | -343.74 | 0.00 | 0.00 | Y3Z |
| 255776862200653<br>Saunders, Jennifer | 09/26/23 to 09/26/23 | Treatment Program | -171.87 | 0.00 | 0.00 | Y3Z |

**\* Note:** Anthem's payment to providers is considered payment-in-full for any Medicaid covered service and the member may not be charged by the provider any co-payment, cost sharing, down-payment, or similar charge, refundable or otherwise. A provider may only bill a member when Anthem has denied prior authorization or referral for services and **all** the following conditions are met:

OHEMEX01 SDCO | 20231112080 JF67 | 20231115 000119 | Env [14.274] 2 of 3



**Left screen:**

(614) 649-0640

Varenicline 0.5 Mg Tablet
take 1 tablet by oral route every day for 3 days then increase to twice daily take with
glass of water after meals for smoking cessation
Varenicline 1 Mg Tablet
take 1 tablet by oral route 2 times every day with glass of water after meals for
smoking cessation

Prescribers:
Boyd, Emily (614) 225-0990
Look, Joshua (614) 225-0990

Allergies

First paper is what Sylvia reported to my insurance company...but second paper shows what southeast has been treating for me

N the fact she changed my insurance with out my knowledge n didn't let me know I found out on my own 10 months

Thursday • 12:09 PM

I need to talk to you as soon as possible before you lose your housing. The housing manager just called me

N way did he want ?

You need to get to that office and sign the for your housing. Or you're gonna end up homeless. And he's only giving you until next

Text message

**Right screen:**

(614) 649-0640

will have to get yourself there on your own

Wen next week?

The papers are waiting for you at that office, so you need to figure out what day you can get a ride out there

You should have done that when I took you out there before.

I cannot take you

I couldn't ask u something I didn't know about...will I finally get to talk to the people who run this place..all of the sudden it's urgent werm Ive been trying to talk to management Bout what he allowed for more likely then not it's all urgent cause I have proof of what I say....

If you can't takee then who will

U told me in ur rude message my insurance s u...

Text message



Southeast 2nd text P.3        Screenshot_202312        Southeast 2nd text P.4        Scree    5 of 7

**Left screenshot:**

(614) 649-0640

There was no forms wen u took me that time

He said that he can bring them to. You need to allow him to come to your house

This just came up

I never stopped him from coming to my house

He has records of trying to reach out to you and the things that you were saying back to him about not wanting to communicate with him

So what day can you meet him at your house? So you can sign the forms so you don't lose your housing

Since he talks to you can u ask him wen can I talk to someone n show them wats going on in my apartment

You can talk to him about it when he brings you the forms. When can he come to your house and you

Text message

**Right screenshot:**

(614) 649-0640

You can talk to him about it when he brings you the forms. When can he come to your house and you will be there

I have the same communication he has...n I asked him can we meet with management

Can I get the time and contact him next week

He is management. So when can he come to your house? I need a set date to make sure you are there.

By the way do u know what this form is

It is your housing resartification forms. I'm not gonna keep playing games. You're gonna lose your housing if you do not sign the forms

Recertification

I'm going to find transport to meet him at office not sure who

Text message

South East 2nd text P.5    Screenshot_202312    South East 2nd text PL    6of7





text 3 on bac K

7 of 7

2/22/23, 4:01 PM   Southeast 3rd text   Screenshot_20231222-094456.png



See 3rd text
it

Can add

Ill text

to this

1 of 1

## Sun Behavior

Statement of claim continued –

September 2023 I alerted Sun Behavior to fraudulent information submitted to my Health Insurance provider and also in my medical records. The facility gave an explanation (attached) which was someone not employed at there facility entered the fraudulent information into there system on September 14 2023 Sun Behavior "fixed" the records. Sometime later I found out facility put other fraudulent information in my medical records that would facilitate initial Health Insurance Fraud, when I questioned the facility I was told the information that was false was for insurance purposes. This is the same information that Defendant Rufus has tried to use to facilitate fraudulent financial gain since 2020 with this insurance company (per insurance company) I explained im not comfortable with health insurance fraud using my personal information and facility assured the information would be corrected

Sept. 14th 2023 S.B.H "fixed" my medical records diagnosis to say I had been diagnosed with PTSD. When I look at my medical records after the PTSD diagnosis, PTSD had been removed I was unaware of the change until I saw my medical records again.

Dr. was fully aware none of these symptoms existed and only put it in my records after I mentioned insurance fraud.

These fraudulent diagnosis have been used against me

It is Defendant Rufus answer to everything I report. causing further harm.



Health Insurance Fraud

 The first document is the fraudulent diagnosis made up and reported to Insurance company and Sun Behavioral Health facility, by Southeast employee. (I never any mental health services before) Defendant Rufus had been trying to commit fraud using these exact same diagnosis since 2017 to commit fraud for her own financial gain ..so S.E employee did not just come out of nowhere with these fraudulent diagnosis , it could not be done legally because several Drs. Confirmed I did not suffer from any of these illnesses. These fraudulent diagnosis has been used against me after they were falsely made, D.R continue to torment and terrorize me and will say my allegations are coming from this made up diagnosis. Also a Southeast employee actually sent me a text claiming my condition is causing my concerns about insurance fraud, the condition she is referring to is the made up diagnosis. The second sheet shows  the only thing Southeast has ever treated me for..it was not possible that S.E employee made a mistake or accident when making up these false illnesses, it was intentionally done to facilitate Fraud. Also I did not tell S.E about my time at Sun but Sun records shows this was added to admittance records by S.E, there was no way legally S.E knew my whereabouts, which leads me to believe it was a conspiracy involved concerning me even going to Sun, At Sun I found out the false diagnosis had been giving to insurance company 10 months before Sun admittance, its more likely than not S.E employee Defendant Rufus were cover there tracks  after commiting Health Insurance Fraud.

2of3

Attached Documents  Examples

Pg1. 4/2022 This is the only diagnosis I was made aware of and the only medication prescribed to treat the diagnosis. Sertaline for Anxiety.

Pg2. Discharge medication List  From Sun Behavior Sertaline (Zoloft) Trazadone. Risperdone is on list but know now it was intentionally given no reason for it being on there

Pg3. I asked why was riperdone on my medication list.The reply was they do not know and to not take it

Pg4. I found out by accident about the health insurance fraud being committed with my personal information. After making a records request I found the 3 fraudulent diagnosis in my records, facility said they were not sure who put the information in my records not only were the diagnosis false I also was not being treated for these diagnosis

Pg5.I received the letter from Blue Cross/Shield alerting me that even before Sun Behavior admittance someone had informed them of these fraudulent diagnosis.

Pg2. Diagnosis /medication matches the diagnosis and treatment im familiar with I was not given the other diagnosis and treatments intentionally.

Complete Documents are attached

go to

Back

**Discharge Reconciliation Report For Hodges, Yais**
30 - Columbus Behavioral Health LLC

RUN DATE: 09/13/2023
RUN TIME: 07:48:32

*Pg 4*

## DO NOT TAKE THESE MEDICATIONS AS PREVIOUSLY TAKEN

*Pg 3*

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| risperiDONE (RisperDAL)<br>Indication: schizophrenia | 0.5 mg | by mouth | at Bedtime |

## START TAKING THESE MEDICATIONS

*Pg 2*

| Medication | Dose | Route | Frequency | Last Given Date/Time |
|---|---|---|---|---|
| risperidone (Risperdal) 0.5 mg tablet | 1 tablet | by mouth | twice a day | |
| sertraline (Zoloft) 50 mg tablet<br>Indications: anxiety | 50 mg | Oral | Daily | |
| trazodone 50 mg tablet<br>Indications: insomnia | 50 mg | Oral | at Bedtime as needed | |

MEDICATION

risperiDONE (RisperDAL)
0.5 MG, 0.5 mg by mouth at Bedtime Indication:
schizophrenia

Sertraline HCl (Zoloft)
50 MG, 50 mg by mouth Daily Indication: major
depressive disorder

traZODone HCl (Desyrel)
50 MG, 50 mg by mouth at Bedtime PRN Indication:
insomnia associated with depression

*Southeast employee hold up there diagnosis* ←

30 - Colum
Admission Recc
Attending P

LAST GIVEN DATE/TIME

Anthem ⊕

*Start date 2-1-23*

9/7/2023

YAISHA HODGES
48 W NEFF AVE

*P.5*

COLUMBUS,
OH 43207

Re: YAISHA HODGES
DOB: 7/27/1977

Member ID #: 73317065000

Dear YAISHA HODGES or parent/guardian of YAISHA HODGES:

Welcome to Condition Care (CNDC)! We're part of your or your child's Anthem Blue
Blue Shield benefits that offer resources for you to learn more about your or your child'
condition

Diagnosis----- as of 04/22/2022
ADJUSTMENT DISORDER WITH
CANNABIS ABUSE UNCOMPLICA
F4322
F1210

==> Continue these medications as prescribe
instructed by Out Patient Physician.

Discharge Medications:

SERTRALINE HCL 50 MG TABLET                    50 MG

Reason For Use: anxiety with depression
* ABOVE MED: Avoid grapefruit unless MD i

OXYBUTYNIN 5 MG TABLET                         5 mg

Reason For Use: increased urinary frequenc

TRAZODONE 50 MG TABLET                         50 mg

HODGES, YAISHA

*Pg 1*

1 of 8

Defendant Rufus:

Has continuously hacked my cellphone since 2017 first she blocks my device control (my device control is always available when I first phone)then she cyber stalk/harass me daily and constantly , she will intercept my calls, she will impersonate to be the person Im calling, all my online accounts are hacked she blocks communication to anyone I try to communicate with, attached is where D.R is opening my accounts from several different ip addresses, she has my cellphone hacked in a way it will say my phone is in places( out of state/out of town) I have never been to.



I went to a cellphone repair shop and was told the only way my cellphone could have been hacked to the point of someone having complete access to my phone the way Defendant Rufus does is if she had physical access to my cellphone the only time I don't have access to my cellphone is when Im sleep.

I take 5 heart medications daily so they are always the same amount except one I take twice a day attached is a photo of my medication when I woke up 1/2/2024 , several doses are missing.

1/5/24, 2:13 PM
Case: 2:24-cv-00141-MHW-CMV Doc #: 3 Filed: 01/17/24 Page: 28 of 38 PAGEID #: 74
Screenshot_20231213-040483.png

3 of 8















REQUEST AND COMPLAINT FOR INJUNCTION EVIDENCE LIST/EVIDENCE DETAILS:

1a.Defendant Rufus Domestic Violence charge disappeared from Franklin County Ohio Municipal Court records. November 2017 *significant because charge was public for 5yrs (since 2013). And removed the same week I last saw my son with her.it was horrific.

1b.continued defendant Rufus DV charge

2a. New York Shelter system document declaring me deceased *The fraud I'm alleging defendant Rufus is committing involves me appearing mentally ill to the point I cannot care for myself or deceased.In Franklin County Ohio Municipal Court records all my court records involving my housing through the years has been removed, directly facilitate Rufus false allegation of me being taken care of, New York Shelter records would have showed Im capable of caring for myself and that I was caring for myself.

2b.New York Shelter records manipulated to appear non valid (with manipulator not aware of original copies elsewhere) evidence manipulation is very evident in this entire dispute.

3.New York Mental Health Evaluation/ contact information attached

4.Pennsylvia Wilkes Barre Granted Protection order against defendant Rufus,I initiated this protection order after defendant Rufus exposed herself to my son and myself In Pennsylvia the last time I saw my son(with defendant rufus ) was shortly after this. Appx 100 days after New York courts dismissed her false allegations of me having a mental illness

5.Richmond Va Mental Health evaluation /contact info attached with attorney info (Judge and Attorney responded the same as New York Judge when defendant Rufus committed her first premeditated attempt to kidnap my son by deception.* though these evaluations are in different states evidence shows it was defendant Rufus that initiated both evaluations and stalking to know my whereabouts.

6.4/2022 doc. appx 5 years after I last saw my son and because of Defendant Rufus terrorizing and other illegal actions committed against my son and myself I was diagnosed with anxiety. This Mental Health evaluation was also initated by defendant Rufus after she told a Franklin County Ohio Municpal Court Judge that I had a severe mental illness. The same mental illness she made up in New York proving not to be true which also the exact same false allegation made in Richmond Va.

7.9/07/2023 Document with the 3 fraudulent diagnosis reported to the Health Insurance company(intent was to mislead/decievce/fraud insurance company /to facilitate fraudulent financial gain) defendant Rufus has activily searched for any and all copies of this particular document in my apartment because copies she would have had access to after illegal entry are gone. Original documents are in this complaint evidence.

8.Admittance document falsely stating I was being treated for the 3 fraudulent diagnosis prior to admittance.

9.9-07-2023 document with listed prescriptions that was given to me .it shows diagnosis and medication I was fully aware of and it intentionally hid the other diagnosis and medications my Insurance company was lied to about.

10.Health Insurance document though the 3 fraudulent diagnosis were removed from my medical records (after I inquired about it) my Insurance company was still led to believe I qualified for there conditional care insurance. My diagnosis was changed to PTSD. Which does not quaiilfy for conditional care. My Insurance was not made aware I did not qualify for C.C to facilitate defendant Rufus fraud that she was already committing.

2of4

REQUEST AND COMPLAINT FOR INJUCTION EVIDENCE LIST/EVIDENCE DETAILS:

11.9-14-2023 Document my diagnosis was changed to PTSD.

12.Document told me to stop taking medication.

13.Document Sun Behavior changing diagnosis to facilitate ongoing Health Insurance Fraud, account number was changed to block how many times diagnosis was changed and how different diagnosis were.

14.11/06/2023 Emergency room document Heart Attack =extreme stress

15.11/12/2023 emergency room document this is the day when defendant Rufus blocked my cellphone from contacting emergency services through hacking my cellphone.

16.8/2022 Columbus Ohio Police Misssing Child Report. I believe there was foul play in my son disappearance because his entire missing child report was tampered with changing all the facts I gave officer and I just recently been informed I can make a human trafficking complaint because of this.I have already started that process.

17.Information concerning my son missing child report being tampered with.

18.I have tried too contact my son dad several times after Defendant Rufus used him as the scapegoat concerning my son disappearance . I believe Defendant Rufus Is blocking those attempts. She is the only one with something to hide concerning that.

19.Defendant Rufus sending messages to me mocking my son disappearance.

20.Both photos shows my son was under extreme stress after I last saw him with Rufus the extreme weight loss the forced smile and photoshopped photos, this was under 1 year after I last saw Rufus with my son, (November 3rd 2017) rufus rode pass me my son yelled for me rufus reached arm/hand back struck my son hard enough he was no longer visable.

21.Graphic/Obscene messages Rufus sent to me concerning my son.

22a. Defendant Rufus blocking my accesss to 911 emergency services

   b.continued 911 block

   c.continued 911 block

   d. continued 911 block

23a.Injury to stent injection site after being home for over a week and no other injuries..this was a injury I woke up to. My medical records will show this injury was not there 11/12/2023 I kept waking up to different injuries. At this site

   b.continued injury

24a.Entire text between my property manager and myself :the evidence he was aware of Rufus illegal entry into my apartment.

   b.

REQUEST AND COMPLAINT FOR INJUNCTION EVIDENCE LIST/EVIDENCE DETAILS CONT.

24b. Same photo

25a.Entire text between me and property manager concerning my door lock:the first time I woke up to my head shaved (which happen in Feb.2023 same month health insurance was unknowingly changed and fraudulent diagnosis were added to my records).

25b.I changed my locks (I had previously informed the property manager someone was coming into my apartment (text evidence) but all my request to look into this was ignored and I never could speak to anyone else concerning this matter although I tried.

25c.I changed my locks a few days after I changed my locks I recievced attached text from property manager, stating that the maintence man tried to get into my apartment but could not because of the changed locks, I immediately knew something was wrong ,I had just changed the locks and had not left my house between changing locks and p.m text to me, I also had no emergency in my apartment nor a at least 24 hr. notice saying anyone needed entranced. I have never stopped entry into my apartment before or since then, it was a complete lie so I asked P.M appx.5 times when did M.M come to my apartment and what for, you will see he would not answer that and just stop texting because he had no excuse, p.m was informed by whoever was coming into my apartment (so he was fully aware someone was entering my apartment and was the one who gave the person access) that they no longer could get in, n of course he could not say that.

25d.P.M told me it was against the rules to change my locks (I did not see this in my lease) but I still changed the locks back. And along with the attached list the defendant recently entered my apartment and took heart medication 1/2/2024 (photo attached).

25e.Since the P.M cannot admit to allowing the unauthorized access , he is ignoring that this person is still entering my apartment and has blocked me from speaking with the owners

26.Text since defendant rufus has still been attempting to make me appear mentally ill and unable to care for myself, about 5 months after I moved into apartment, she instigated someone into contacting me saying they are contacting me to help me maintain the apartment I had been maintaining perfectly fine for the 5 months I had already been there. (defendant rufus fraud includes her making up this crazy story that ive never had my own place, defendant rufus is aware I was emancipated at age 16yrs. And have had my own place since rufus even admitted this to Columbus ohio police to make up false allegations against me but when it came to it helping her fraud she knowingly lied about knowing even though it is in cpd records that she knows this is a lie to facilitate health insurance fraud).

27a.Photo.Defendant rufus/John doe 1st shaved my hair when I was sleep in Feb.2023 (10 months later found out that's when the lie to the insurance company was told.

27b.Photo.As time passed more and more of my head was shaved

27c.Still shaving a few months after feb 2023

27d.Defendant/codefendant/John Doe continued to shave my hair until it was almost completely gone. (as soon as I start making reports about it defendant begin saying that imsaying my hair was shaved because of the fraudulent medical diagnosis in my records ,that no Dr. was able to diagnose me with no



coincidence defendant became more aggressive after reporting fraudulent information to health insurance company.

28.photos, receipt..top(purchased 11/27/2023 after shaving almost my entire head I begin waking up to hair I purchased damaged bottom (11/28/2023) damaged while I slept one day after purchase.

29.photo more damaged purchased hair.

Following list was defendant Rufus/John Doe on behalf of defendant Rufus attempting to make me appear mentally unstable because shes already made this false allegation and in some cases did it illegally there is plenty more that was done but this list sticks to physical evidence.these are photos and I have the actual things listed.

30.Butterfly ring destroyed as I sleep, usally I wake up to my rings /earring gone but this ring will not come off so it was damaged instead.

31.Professional done nails are damaged  within one week of being done, you can tell freshly done but it will be chipped nail jewelry missing (photo with butterfly ring is how my nails are almost two weeks after being done before defendant begin destroying nails.

32.Defendant has hacked every single cellphone I have had since 2017, I have had to purchase 5 phones since living in this apartment (because has access) attached damaged cellphones, corrupted cellphone, Im still paying on one cellphone that was damaged in the apartment and cant use it.

33.Cellphones damaged in apartment as I sleep ..cause I don't leave them at home.

34.Soles ripped out of shoes to see if there is any evidence hidden in them.

35.lamp damaged broke light bulb inside lamp so cant be used.

36.damaged property with ink. Defendant enjoys destroying every single ink pen I buy attached

37. I get violently sick still , throwing up nausea , after food I have opened and then went to sleep or left the house leaving food there here is a sample of coffee creamer left in house while im sleep or gone/compared with a cup made soon as I open the product.

38.Damaged speaker wire

39.Damaged living room lamp

40.Damaged pillows ripped open

41.Broken eyeglasses prescription

42.Woke to broom and mop handle broken

43.Damaged pens (lots of them)

44.Broken Toilet seat (ive been on my own for decades and never had a destroyed toilet)

45.Broken shower head (same thing the only way this can break is intentionally) also changes the shower settings seriously she really want her false narrative to be believed

1of1

OTHER ACTIONS BY DEFENDANT.....

Still getting sick from consuming food and drink I purchase and leave in the house over night or longer

I have eaten food that will taste bitter as if a pill was broken up and put into it

Still emptying out lotions,hair care products ,cleaning products and medications first chance  that is given after I bring said product into apartment.

Haft to keep replacing all my spoons and forks

Took all femine pads

Take cigarette products

Cyber stalk/harass every single day all day

Hides things

US MAIL TAMPERING ..(EVIDENCE AVAILABLE)

Approached every single person I communiucate with in person or through wire and keeps repeating the same false allegations.

Before damaging cell phones claims to have beaten my son to death.