**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Yaisha Hodges,

    vs.                                  Case No. 2:24-cv-141

Freddie Rufus, *et al.*,              **Judge Michael H. Watson**

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the February 7, 2024 Opinion and Order: the Report and Recommendation is ADOPTED.

Date: **February 7, 2024**        **Richard Nagel, Clerk**

                                          s/ Jennifer Kacsor

                                          By Jennifer Kacsor/Courtroom Deputy